# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DANIELLE ROBINSON,**
Appellant,

v.

**FCI DEVELOPMENT TEN, LLC** d/b/a **ATLANTICO AT PALM AIRE,**
Appellee.

No. 4D22-621

[October 27, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Hurley, Judge; L.T. Case No. CONO22000391.

Danielle Robinson, Pompano Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***